UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80155-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL JOYCE,

    Defendant.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DENYING MOTION TO SUPPRESS AND FOR A FRANKS HEARING

**THIS CAUSE** is before the Court upon the Defendant's Motion to Suppress Evidence and for a Franks Hearing [DE 312] and the Magistrate Judge's Report and Recommendation [DE 788]. After a *de novo* review of the Defendant's Motion, the Magistrate Judge's Report and Recommendation, pertinent portions of the record and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Magistrate Judge's Report and Recommendation is hereby **AFFIRMED.** Defendant's Motion to Suppress Evidence and for a Franks Hearing [DE 312] is **DENIED**.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 13th day of February, 2013.

                                          KENNETH A. MARRA
                                          United States District Judge

Copies furnished to:

Magistrate Judge James M. Hopkins
All counsel